**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOY J. COOPER,

    **Plaintiff,**

v.                                           Case No. 6:10-cv-816-Orl-35GJK

STATE OF FLORIDA, et al.,

    **Defendants.**

_____/

## ORDER OF DISMISSAL

On June 30, 2010, the Court ordered Plaintiff to file an affidavit of indigency or pay the filing fee within twenty-one days from the date of the Order (Doc. No. 3). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, this 4th day of August 2010.

Copies to:
sa 7/29
Joy J. Cooper

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE